**Allen Wayne POSTON, Plaintiff–Appellant,**

v.

**Robert CONRAD, Jr., Judge; Vento, Assistant U.S. Attorney; Odulio, Assistant U.S. Attorney; Eric Davis, Special Agent (FBI); Stitite, Special Agent (FBI); John Cacheris, Attorney; Joe Bill Putnam; Harry Putnam; Dennis Devine; Phoebe Devine;**

---

**181**

Douglas Wayne Cobb; G.K. Davis; David Musick; Travis Kiser; Jack Ledbetter; Doe 1, Spouse of Douglas Wayne Cobb, Defendants–Appellees.

No. 13–7882.

United States Court of Appeals, Fourth Circuit.

Submitted: July 29, 2014.

Decided: July 31, 2014.

Allen Wayne Poston, Appellant Pro Se.

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Allen Wayne Poston appeals the district court's order dismissing his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), as barred by *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court but modify the dismissal to be without prejudice to Poston's right to refile if his conviction is invalidated or called into question by the appropriate court. *Poston v. Conrad,* No. 3:13–cv–00586–FDW, 2013 WL 5948111 (W.D.N.C. Nov. 6, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*